**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 22, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00602-CV

### TERRACON CONSULTANTS, INC. D/B/A TERRACON CONSULTING ENGINEERS & SCIENTISTS, Appellant

### V.

### THE ALAMEDA ON VEGAS VERDES ASSOCIATION, A NEW MEXICO NON-PROFIT ASSOCIATION, Appellee

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2012-05631**

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order signed June 21, 2013. On October 4, 2013, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown.